IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:22-cr-00519-DAR-2 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| TALIYA VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |

Judge David A. Ruiz referred this matter to the undersigned, pursuant to General Order 99-49, for purposes for receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered.  The following, along with the transcript or other record of the proceedings submitted herewith, constitutes the Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by the defendant.

1.  On June 24, 2024, the defendant, accompanied by counsel, proffered a plea of guilty to Counts 1s, 8s, 9s and 10s of the Superseding Indictment.

2.  Prior to such proffer, the defendant was examined as to her competency, advised of the charge and consequences of conviction, informed that the Federal Sentencing Guidelines are advisory and the Court must consider them but the Court may impose

any sentence authorized by law, notified of her rights, advised that she was waiving

all her rights except the right to counsel, and, if such were the case, her right to

appeal, and otherwise provided with the information prescribed in Fed. R. Crim. P.

11.

3. The parties and counsel informed the court about a plea agreement between the

   Parties; the undersigned was advised that, aside from such agreement as described or

   submitted to the court, no other commitments or promises have been made by any

   party, and no other agreements, written or unwritten, have been made between the

   parties.

4. The parties provided the undersigned with sufficient information about the charged

   offense and the defendant's conduct to establish a factual basis for the plea, and the

   defendant acknowledged that she committed the acts alleged in the indictment.

5. The undersigned questioned the defendant under oath about the knowing,

   intelligent, and voluntary nature of the plea of guilty, and finds that the defendant's

   plea was offered knowingly, intelligently, and voluntarily.

In light of the foregoing and the record submitted herewith, the undersigned finds that the

defendant's plea was knowing, intelligent, and voluntary, and that all requirements imposed by

the United States Constitution and Fed. R. Crim. P. 11 have been satisfied.  Therefore, the

undersigned recommends that the plea of guilty be accepted and a finding of guilty be entered by

the Court.

Dated: June 24, 2024

Reuben J. Sheperd
United States Magistrate Judge

_____

**OBJECTIONS**

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of receipt of this notice.  Fed. R. Crim. P. 59.  Failure to file objections within the specified time constitutes a WAIVER of the right to appeal the Magistrate Judge's recommendation. Id.