**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-cr-00519 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| TALIYA VAUGHN, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant. | ) | |
| | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Reuben J. Sheperd regarding the change of plea hearing of Taliya Vaughn that was referred to the Magistrate Judge with the consent of the parties.

On January 12, 2023, the Government filed a 17 count multi-defendant Superseding Indictment, charging Defendant Taliya Vaughn with the following: Count 1 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C); Count 8 – Possession with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi); Count 9 – Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); Count 10 – Maintaining a Drug Premises, in violation of Title 21 U.S.C. § 856(a)(1); and Count 17 – Use of a Communication Facility to Facilitate a Felony Drug Offense, in violation of Title 21 U.S.C. § 843(b).  Defendant Taliya Vaughn was arraigned on January 23, 2023, during which she entered a plea of not guilty to the charges. On June 24, 2024, Magistrate Judge Reuben J. Sheperd received Defendant Taliya Vaughn's plea of guilty to the following of the Superseding Indictment charges: Count 1 in violation of Title 21 U.S.C. § 846

and 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Count 8 in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Count 9 in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and Count 10 in violation of Title 21 U.S.C. § 856(a)(1), with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On *de novo* review of the record, the Magistrate Judges R&R is adopted. Defendant Taliya Vaughn is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved. Defendant Taliya Vaughn is adjudged guilty of Count 1, 8, 9, and 10 of the Superseding Indictment as set forth in the plea agreement, with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(l)(C); Possession with Intent to Distribute Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); Possession with Intent to Distribute Cocaine, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and Maintaining a Drug Premises, in violation of Title 21 U.S.C. § 856(a)(1).

The Court previously scheduled sentencing to occur on October 24, 2024 at 1:30  p.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio and this matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will proceed as scheduled.

IT IS SO ORDERED.

s/ *David A. Ruiz*    10/23/2024
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE